DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HARLAN J. BAST** and **HILDEBRAND AMUSEMENT RIDES, INC.,**
Appellants,

v.

**BROWARD COUNTY YOUTH FAIR, INC.,**
Appellee.

Nos. 4D2022-2836, 4D2022-2895, and 4D2022-2897

[January 11, 2024]

Consolidated appeals of nonfinal orders from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. CACE22005476.

Morgan Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for appellants.

Alyssa M. Reiter of Wicker Smith O'Hara McCoy & Ford, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***